IN RE **Thompson, Ardis Fern** _____    Case No. **12-46584** _____
　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE A - REAL PROPERTY

　Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

　**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

　If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

　If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Homestead Located at: 18366 Red Cedar Road Cold Spring, MN 56320**<br>**Legal Description: See Exhibit A**<br>**County of Stearns, State of Minnesota**<br>**Value Based on 2012 Property Tax Statement**<br>**1/2 Interest with Ex-husband** | | J | 199,900.00 | 68,467.00 |
| **Timeshare**<br>**RCI-Ft Lauderdale, FL**<br>**Still Jointly titled between ex-husband and debtor, but entire ownership transferred to debtor pursuant to the divorce decree.** | | J | 1,500.00 | 0.00 |
| | | TOTAL | 201,400.00 | |

(Report also on Summary of Schedules)

© 1993-2012 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



# Abstract of Title

to

Lots 1 & 2, Block 1, Cook's 2nd Indian Beach

STEARNS COUNTY, MINNESOTA

COMPILED BY

STEARNS COUNTY ABSTRACT CO.
ABSTRACTER
ST. CLOUD, MINNESOTA



J.J. VOGEL
ATTORNEY
ST. CLOUD, MN



EXHIBIT A

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                                  **SIGNATURE DECLARATION**

Thompson, Ardis Fern                                                         Case No. 12-46584
_____
Debtor(s)

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☐ OTHER (Please describe: )

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [individual debtors only] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [corporate and partnership debtors only] I have been authorized to file this petition on behalf of the debtor.

Date: 1-2-13

X _/s/ Ardis F. Thompson_                                                 X _____
Signature of Debtor or Authorized Representative          Signature of Joint Debtor

Thompson, Ardis Fern                                                        _____
Printed Name of Debtor or Authorized Representative    Printed Name of Joint Debtor

**BK Attorney Services, LLC**

BK Attorney Services, LLC
6600 W. Deschutes Avenue, Bldg B
Kennewick, WA 99336

# CERTIFICATE OF SERVICE

DATE RECEIVED: Jan 02, 2013      TIME RECEIVED: 08:25AM      TOTAL SERVED: 25

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:    Ardis Thompson                                   CASE NO: 12-46584

CERTIFICATE OF SERVICE

| | |
|---|---|
| FIRM NAME | Heller & Thyen P.A. |
| ATTORNEY/TRUSTEE: | Stephen L. Heller |
| ADDRESS | 606 25th Avenue S Ste 110 |
| | St. Cloud, MN  56301 |
| PHONE | 320 654-8000 |

On Wednesday, January 02, 2013, a copy of the following documents, described below,

**Amended Service Letter**
**Pre-Confirmation Notice and Modified Plan**
**Amended Schedule A**
**Signature Declaration**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: January 2, 2013

/s/ Cody Rush
Cody Rush
BK Attorney Services, LLC for
Stephen L. Heller
606 25th Avenue S Ste 110
St. Cloud, MN  56301
320 654-8000

*Certificate of Service*

Case Number:    12-46584

~~Minneapolis~~
~~301 U.S. Courthouse~~
~~300 South Fourth Street~~
~~Minneapolis, MN  55415~~

AFFINITY PLUS CREDIT U
175 W LAFAYETTE RD
SAINT PAUL, MN 55107

BANK OF AMERICA
4060 OGLETOWN/STANTON RD
NEWARK, DE 19713

CHASE
201 N. WALNUT ST//DE1-1027
WILMINGTON, DE 19801

CITI
PO BOX 6241
SIOUX FALLS, SD 57117

DISCOVER FIN SVCS LLC
PO BOX 15316
WILMINGTON, DE 19850

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

GARY THOMPSON
PO BOX 83
RICHMOND, MN 56368-0083

GECRB/SAMS CLUB
P.O. BOX 965005
ORLANDO, FL 32896


HERBERGERS
PO BOX 659813
SAN ANTONIO, TX 78265


KOHLS/CAPONE
N56 W 17000 RIDGEWOOD DR
MENOMONEE FALLS, WI 53051


KRAEMER TRUCKING
PO BOX 434
COLD SPRING, MN 56320


SALLIE MAE
PO BOX 9500
WILKES BARRE, PA 18773


SPRINT
PO BOX 4191
CAROL STREAM, IL 60197-4191


STEVEN THOMPSON
18366 RED CEDAR RD
COLD SPRING, MN 56320-9722


Sallie Mae Inc. on behalf of USA FUNDS
Attn: Bankruptcy Litigation Unit E3149
P.O. Box 9430
Wilkes-Barre, PA 18773-9430


TOYOTA FINANCIAL SERVI
401 CARLSON PKWY STE 125
MINNETONKA, MN 55305

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026


US BANK
PO BOX 5227
CINCINNATI, OH 45201


US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229


US BANK/NA ND
CB DISPUTES
ST LOUIS, MO 63166


US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN  55415


Ardis Fern Thompson
18366 Red Cedar Road
Cold Spring, MN  56320


Kyle Carlson
PO Box 519
Barnesville, MN  56514


Stephen Heller
Heller & Thyen, P.A.
606 25th Ave S
Suite 110
St. Cloud, MN  56301


U.S. Bank NA Thompson
Maria Thompson
PO Box 5229
Cincinnati, OH  45201-5229

**Total Labels** 26